CLOSED,DISCREF,LC−1,LEADTR,TRANSF

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CIVIL DOCKET FOR CASE #: 4:14−cv−00213−JED−TLW

Cornwell et al v. United States of America, The  
Assigned to: Judge John E Dowdell  
Referred to: Magistrate Judge T Lane Wilson  
Member case:  
   4:15−cv−00048−JED−FHM  
Cause: 28:1402 Medical Malpractice  

Date Filed: 05/06/2014  
Date Terminated: 01/04/2017  
Jury Demand: None  
Nature of Suit: 362 Personal Inj. Med. Malpractice  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Renee' Cornwell**  
*an individual*

represented by **Jody Rae Nathan**  
Stauffer &Nathan PC  
PO BOX 702860  
TULSA, OK 74170−2860  
918−592−7070  
Fax: 918−592−7071  
Email: jnathan@staufferlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Myriah Seyon Downs**  
Stauffer &Nathan PC  
PO BOX 702860  
TULSA, OK 74170−2860  
918−592−7070  
Fax: 918−592−7071  
Email: mdowns@staufferlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Neal Eugene Stauffer**  
Stauffer &Nathan PC  
PO BOX 702860  
TULSA, OK 74170−2860  
918−592−7070  
Fax: 918−592−7071  
Email: nstauffer@staufferlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Timothy Patrick Clancy**  
Stauffer &Nathan PC  
PO BOX 702860  
TULSA, OK 74170−2860  
918−592−7070  
Fax: 918−592−7071  
Email: clancylawfirm@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry Cornwell**  represented by  **Jody Rae Nathan**
*an individual*                        (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Myriah Seyon Downs**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Neal Eugene Stauffer**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Timothy Patrick Clancy**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HCA Health Services of Oklahoma, Inc.**
*TERMINATED: 03/03/2015*
*doing business as*
OU Medical Center
*TERMINATED: 03/03/2015*

**Defendant**

**United States of America, The**  represented by  **Cathryn Dawn McClanahan**
*ex rel.*                                          United States Attorney's Office (Tulsa)
Veteran's Administration Medical Center            110 W 7TH ST STE 300
                                                   TULSA, OK 74119–1013
                                                   918–382–2700
                                                   Fax: 918–560–7939
                                                   Email: cathy.mcclanahan@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jeffrey Andrew Gallant**
                                                   United States Attorney's Office (Tulsa)
                                                   110 W 7TH ST STE 300
                                                   TULSA, OK 74119–1013
                                                   918–382–2715
                                                   Fax: 918–560–7938
                                                   Email: Jeff.Gallant@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Wyn Dee Baker**

United States Attorney's Office (Tulsa)
110 W 7TH ST STE 300
TULSA, OK 74119−1013
918−382−2700
Fax: 918−560−7939
Email: wyndee.baker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monica Reid**
*M.D.*

represented by **Alan Lee Campbell**
Alan Campbell &Assoc PC
5900 S LAKE FOREST DR STE 410
MCKINNEY, TX 75070
469−675−3881
Fax: 800−793−7607
Email: alan@alclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Elise Eckhardt Slaybaugh**
*M.D.*
*TERMINATED: 06/12/2015*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2014 | Ï 1 | CIVIL COVER SHEET by Renee Cornwell, Terry Cornwell (Clancy, Timothy) (Entered: 05/06/2014) |
| 05/07/2014 | Ï 2 | COMPLAINT against All Defendants (paid $400 filing fee; receipt number 1085−1306181) by Renee' Cornwell, Terry Cornwell (With attachments) (Clancy, Timothy) (Entered: 05/07/2014) |
| 05/07/2014 | Ï 3 | SUMMONS Issued by Court Clerk as to All Defendants (sdc, Dpty Clk) (Entered: 05/07/2014) |
| 08/25/2014 | Ï 4 | SUMMONS Returned Executed re: Monica Reid *Served on 8/7/2014* (Re: 2 Complaint ) by Renee' Cornwell, Terry Cornwell (Clancy, Timothy) (Entered: 08/25/2014) |
| 08/25/2014 | Ï 5 | SUMMONS Returned Executed re: Elise Eckhardt Slaybaugh *Served on 8/7/2014* (Re: 2 Complaint ) by Renee' Cornwell, Terry Cornwell (Clancy, Timothy) (Entered: 08/25/2014) |
| 08/25/2014 | Ï 6 | SUMMONS Returned Executed re: HCA Health Services of Oklahoma, Inc. *Served on 8/7/2014* (Re: 2 Complaint ) by Renee' Cornwell, Terry Cornwell (Clancy, Timothy) (Entered: 08/25/2014) |
| 10/01/2014 | Ï 7 | ATTORNEY APPEARANCE by Alan Lee Campbell on behalf of Monica Reid (Campbell, Alan) (Entered: 10/01/2014) |
| 10/01/2014 | Ï 8 | ANSWER (Re: 2 Complaint ) by Monica Reid (Campbell, Alan) (Entered: 10/01/2014) |
| 10/06/2014 | Ï 9 | SUMMONS Returned Executed re: United States of America, The *Served on 8/18/2014* (Re: 2 Complaint ) by Renee' Cornwell, Terry Cornwell (Clancy, Timothy) (Entered: 10/06/2014) |
| 02/17/2015 | Ï 10 | ORDER by Judge John E Dowdell *By March 3, 2015, plaintiffs shall show that proper service has been made upon all defendants. In the alternative, by that same date, plaintiffs shall show good cause for any failure to obtain timely service, or this action will be dismissed against any* |

| | | |
|---|---|---|
| | | *defendants who have not been properly served by that date.*, directing Renee Cornwell and Terry Cornwell to show cause( Response to Order to Show Cause due by 3/3/2015) (Re: 2 Complaint ) (SAS, Chambers) (Entered: 02/17/2015) |
| 02/27/2015 | 11 | SUMMONS Issued by Court Clerk as to United States of America, The (sdc, Dpty Clk) (Entered: 02/27/2015) |
| 02/27/2015 | 12 | SUMMONS Returned Executed re: United States of America, The (Re: 2 Complaint ) by Renee' Cornwell, Terry Cornwell (Clancy, Timothy) (Entered: 02/27/2015) |
| 03/02/2015 | 13 | First RESPONSE to Order to Show Cause (Re: 10 Order, Directing Party to Show Cause,,,,,,, ) by Renee' Cornwell, Terry Cornwell (With attachments) (Clancy, Timothy) (Entered: 03/02/2015) |
| 03/03/2015 | 14 | Unopposed MOTION to Consolidate Cases by Renee' Cornwell, Terry Cornwell (Clancy, Timothy) (Entered: 03/03/2015) |
| 03/03/2015 | 15 | NOTICE of Dismissal, dismissing HCA Health Services of Oklahoma, Inc. d/b/a OU Medical Center, dismissing Dismiss defendant number one, (Re: 2 Complaint ) by Renee' Cornwell, Terry Cornwell (Clancy, Timothy) (Entered: 03/03/2015) |
| 03/06/2015 | 16 | ORDER by Judge John E Dowdell *Plaintiffs' Unopposed Motion to Consolidate (Doc. 14) is granted. Case Nos. 14−CV−213−JED−TLW and 15−CV−48−JED−FHM are consolidated for all purposes. Case No. 14−CV−213−JED−TLW is designated as the Base File. All further pleadings, motions, and other documents shall bear only the title and designation of Case No. 14−CV−213−JED−TLW with the words "Base File" typed below the case number and documents shall be filed in the Base File only.* ; consolidating cases (trial); granting 14 Motion to Consolidate Cases (SAS, Chambers) (Entered: 03/06/2015) |
| 04/28/2015 | 17 | ATTORNEY APPEARANCE by Wyn Dee Baker on behalf of United States of America, The (Baker, Wyn) (Entered: 04/28/2015) |
| 04/28/2015 | 18 | ANSWER (Re: 2 Complaint ) by United States of America, The (Baker, Wyn) (Entered: 04/28/2015) |
| 04/28/2015 | 19 | MOTION to Substitute Party by United States of America, The (With attachments) (Baker, Wyn) (Entered: 04/28/2015) |
| 06/12/2015 | 20 | ORDER by Judge John E Dowdell *The United States of America is substituted as the party Defendant in place of individual Defendant, Dr. Elise Eckhardt Slaybaugh, in this matter. The case caption in this matter shall be amended to reflect this substitution. All future pleadings shall be captioned accordingly.* ; terminating party Elise Eckhardt Slaybaugh (M.D.) ; granting 19 Motion to Substitute Party (Re: 2 Complaint ) (SAS, Chambers) (Entered: 06/12/2015) |
| 01/20/2016 | 21 | ATTORNEY APPEARANCE by Jeffrey Andrew Gallant on behalf of United States of America, The (Gallant, Jeffrey) (Entered: 01/20/2016) |
| 01/20/2016 | 22 | ATTORNEY APPEARANCE by Cathryn Dawn McClanahan on behalf of United States of America, The (McClanahan, Cathryn) (Entered: 01/20/2016) |
| 01/20/2016 | 23 | JOINT STATUS REPORT by Renee' Cornwell, Terry Cornwell (Nathan, Jody) (Entered: 01/20/2016) |
| 03/07/2016 | 24 | NOTICE of Change of Address by Alan Lee Campbell by on behalf of Monica Reid (Campbell, Alan) (Entered: 03/07/2016) |
| 05/03/2016 | 25 | ATTORNEY APPEARANCE by Myriah Seyon Downs on behalf of Renee' Cornwell, Terry Cornwell [Note: Attorney Myriah Seyon Downs added to party Renee' Cornwell(pty:pla), Attorney Myriah Seyon Downs added to party Terry Cornwell (pty:pla).] (Downs, Myriah) |

| | | |
|---|---|---|
| | | (Entered: 05/03/2016) |
| 08/23/2016 | 26 | SCHEDULING ORDER by Judge John E Dowdell , setting/resetting scheduling order date(s): ( Discovery due by 12/19/2016, Dispositive Motions due by 1/18/2017, Proposed Pretrial Order due by 5/22/2017, Pretrial Conference set for 6/5/2017 at 02:30 PM before Judge John E Dowdell, Jury Trial set for 6/19/2017 at 09:30 AM before Judge John E Dowdell) (lml, Dpty Clk) (Main Document 26 replaced on 8/23/2016 to add estimate trial time) (lml, Dpty Clk). (Entered: 08/23/2016) |
| 08/23/2016 | 27 | NOTICE of Docket Entry Modification; Error: The estimated trial time was not included; Correction: Replaced PDF to include estimated trial time (Re: 26 Scheduling Order,, Setting/Resetting Scheduling Order Date(s), ) (lml, Dpty Clk) (Entered: 08/23/2016) |
| 11/15/2016 | 28 | First MOTION to File Expert Witness Report Out of Time by Renee' Cornwell, Terry Cornwell (Downs, Myriah) (Entered: 11/15/2016) |
| 11/21/2016 | 29 | First RESPONSE in Opposition to Motion *For Leave to Provide Expert Witness Report* (Re: 28 First MOTION to File Expert Witness Report Out of Time ) by Monica Reid ; (Campbell, Alan) (Entered: 11/21/2016) |
| 11/21/2016 | 30 | RESPONSE in Opposition to Motion *for Leave to Provide Expert Witness Report* (Re: 28 First MOTION to File Expert Witness Report Out of Time ) by United States of America, The ; (Gallant, Jeffrey) (Entered: 11/21/2016) |
| 12/22/2016 | 31 | Joint MOTION to Acclerate/Extend/Reset Hearing(s)/Deadline(s) *Discovery Cutoff Extension* by Renee' Cornwell, Terry Cornwell (With attachments) (Downs, Myriah) Modified on 12/22/2016 to change event (sac, Dpty Clk). (Entered: 12/22/2016) |
| 12/22/2016 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Motion for Discovery); Correction: changed event (Motion to Accelerate/Extend/Reset Hearings/Deadlines) (Re: 31 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (sac, Dpty Clk) (Entered: 12/22/2016) |
| 01/03/2017 | 32 | Joint MOTION to Transfer Case to Other District by United States of America, The (Gallant, Jeffrey) (Entered: 01/03/2017) |
| 01/04/2017 | 33 | ORDER by Judge John E Dowdell ; dismissing/terminating case (terminates case) ; transferring case (terminates case) ; granting 32 Motion to Transfer Case to Other District (lml, Dpty Clk) (Entered: 01/04/2017) |
| 01/04/2017 | | ***Civil Case Terminated (Documents Terminated: 28 First MOTION to File Expert Witness Report Out of Time , 31 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) (see document number 33 ) (srt, Dpty Clk) (Entered: 01/04/2017) |